IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID APPLEWHITE                                                    PLAINTIFF

V.                        CASE NO. 5:19-CV-196-LPR-BD

DUSTY DODSON                                                      DEFENDANT

## RECOMMENDED DISPOSITION

### I.      Procedure for Filing Objections

This Recommended Disposition (Recommendation) has been sent to Judge Lee P. Rudofsky. Any party may file objections to this Recommendation if they disagree with its findings or conclusions. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Rudofsky can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, the parties may waive the right to appeal questions of fact.

### II.     Discussion

Mr. Applewhite filed this civil rights lawsuit on June 12, 2019, while he was a pretrial detainee in the Dallas County Detention Center. (Docket entry #2) On October 21, 2019, mail sent to him from the Court was returned as "undeliverable." (#14) On October 23, the Court ordered Mr. Applewhite to notify the Court of his new address within 30 days or risk dismissal of this lawsuit. (#15) The order was returned to the Court, marked "undeliverable," on November 8. (#17) Mr. Applewhite has had no

contact with the Court since he filed his complaint in June. Local rules require pro se

plaintiffs, including Mr. Applewhite, to promptly notify the Court of any change in

address so that the Court and other parties can communicate with them. Local Rule

5.5(c)(2).

## III.    Conclusion

The Court recommends that Mr. Applewhite's claims be DISMISSED, without

prejudice, based on his failure to comply with the October 23 Order and his failure to

prosecute this lawsuit.

DATED this 2nd day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE