IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID APPLEWHITE**                                                                              **PLAINTIFF**

**V.**                      **CASE NO. 5:19-CV-196-LPR-BD**

**DUSTY DODSON**                                                                     **DEFENDANT**

## **ORDER**

This Court has received a Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. Doc. 19. The parties have not filed objections. After careful review of the Recommendation, this Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Plaintiff's claims are DISMISSED, without prejudice, based on his failure to respond to the Court's October 23, 2019 Order (Doc. 15) and his failure to prosecute this lawsuit.

IT IS SO ORDERED, this 30th day of December 2019.

                                                                  Lee P. Rudofsky
                                                                  UNITED STATES DISTRICT JUDGE