IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID APPLEWHITE                                                                     PLAINTIFF

V.                            CASE NO. 5:19-CV-196-LPR-BD

DUSTY DODSON                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order filed on December 30, 2019, it is considered, ordered, and adjudged that Plaintiff David Applewhite's Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED, this 30th day of December 2019.

                                                     Lee P. Rudofsky
                                                     UNITED STATES DISTRICT JUDGE